979 A.2d 839

ASSOCIATION OF PENNSYLVANIA STATE COLLEGE
AND UNIVERSITY FACULTIES, Respondent

v.

PENNSYLVANIA LABOR RELATIONS BOARD, Petitioner

Pennsylvania State System of Higher Education, Intervenor.

Supreme Court of Pennsylvania.

Aug. 17, 2009.

.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of August, 2009, the Petition for Allowance of Appeal is hereby **GRANTED.** The issue, rephrased for clarity, is:

Whether settlement of collective bargaining negotiations renders charges raised by Union members against the Union prior to the settlement automatically moot.